IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Nash, Charles

Printed: 11/11/08

Case Number: 06 B 15408
Judge: Wedoff, Eugene R
Filed: 11/22/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 25, 2008
Confirmed: January 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,758.00 |  |
| Secured: |  | 1,787.68 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,769.10 |
| Trustee Fee: |  | 201.22 |
| Other Funds: |  | 0.00 |
| Totals: | 3,758.00 | 3,758.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,474.00 | 1,769.10 |
| 2. | Nationwide Acceptance Corp | Secured | 3,892.44 | 1,787.68 |
| 3. | Internal Revenue Service | Priority | 540.09 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 3.26 | 0.00 |
| 5. | Nationwide Acceptance Corp | Unsecured | 282.33 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 49.50 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 46.44 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 133.21 | 0.00 |
| 9. | Schottler & Zukosky | Priority | | No Claim Filed |
| 10. | Morgan & Associates Inc | Unsecured | | No Claim Filed |
| 11. | Harris Bank | Unsecured | | No Claim Filed |
| 12. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 13. | Santa Barbara Bank & Trust | Unsecured | | No Claim Filed |
|  |  |  | $ 7,421.27 | $ 3,556.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 35.56 |
| 5.4% | 149.60 |
| 6.5% | 16.06 |
|  | $ 201.22 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Nash, Charles

Printed: 11/11/08

Case Number:  06 B 15408
Judge:  Wedoff, Eugene R
Filed:  11/22/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

